JS 44 — NO. CALIF.
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jesus Aguirre

## DEFENDANTS
City & County of San Francisco

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: S.F.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
No

ATTORNEYS (IF KNOWN)
E-filing
BZ
ADR

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | HABEAS CORPUS: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE: _____   DOCKET NUMBER: _____

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AN "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE 6-11-08   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jesus Aguirre
                    Plaintiff,         )  CV 08         2928
                                       )                        BZ
vs.                                    )  CASE NO. _____
                                       )  EEOC # 530 2008 01220
City & County of                       )  EMPLOYMENT DISCRIMINATION
San Francisco      Defendant(s).       )  COMPLAINT

E-filing

1.  Plaintiff resides at:

    Address  26 Lessing St.

    City, State
    & Zip Code  San Francisco, Ca 94112

    Phone (415)  233 3019
         Area Code

2.  Defendant is located at:

    Address  1155 Market 8th F.

    City, State
    & Zip Code  San Francisco, Ca 94103

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

Case category: 5
Nature of Suit Code: 442 (Jobs)

Intake 2 (Rev. 8/97)                    1

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. ✓ Termination of my employment.

   c. ___ Failure to promote me.

   d. ___ Other acts as specified below.

   _____
   _____
   _____
   _____
   _____
   _____
   _____

5. Defendant's conduct is discriminatory with respect to the following:

   a. ✓ My race or color.

   b. ___ My religion.

   c. ᠆ My sex.

   d. ✓ My national origin.

   e. ✓ Other as specified below.   *My injury on the job.*

Intake 2 (Rev. 8/97)                2

6. The basic facts surrounding my claim of discrimination are:

_See Statement attached._

7. The alleged discrimination occurred on or about ___2/23/05___
(DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged discriminatory conduct on or about ___Ap. 18, 2008___
(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ___4/30/08___.
(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:

____ yes     ____ no

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: ___6/12/08___      X _____
                          SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION     ___Jesus Aguirre___
IS NOT REQUIRED.)              PLAINTIFF'S NAME
                               (Printed or Typed)

Intake 2 (Rev. 8/97)                3

## STATEMENT

I, Jesus Aguirre, state as follows:

1.

I am 50 years of age, my gender is male, and my racial identity is Mexican. I hold Social Security number 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. My date of birth is November 13, 1953. I reside at 26 Lessing Street, San Francisco, CA 94112. My telephone number is (650) 994-8205.

2.

My complaint is against City and County of San Francisco PUC which is located at 1155 Market Street, Eighth Floor, San Francisco, California 94103. My job classification is General Laborer.

3.

I, Jesus Aguirre, was injured while working for City and County of San Francisco. City and County of San Francisco is an entity with 15 or more employees during each of the last 20 calendar weeks. During my time with City and County of San Francisco I have performed my job well and without incident. For the greater part of that time, I worked without injury.

4.

I received an injury to my back while working for City and County of San Francisco on March 31, 2000. In conjunction with the Workers' Compensation laws of the State of California, I was placed on temporary disability. I received clearance from my doctor to return back to my former employment with certain restrictions.

5.

I contacted City and County of San Francisco and requested that I be restored to my former employment, with reasonable accommodation being made due to my permanent disability. I was notified by City and County of San Francisco that no employment would be made available to me due to my disability.

6.

I again requested in writing that City and County of San Francisco restore me to my former employment making reasonable accommodations for my disability.

Page 1

## STATEMENT

7.

To date, I have received no response from City and County of San Francisco with regard to my written demand.

8.

I believe that I can return to my former employment with the following reasonable accommodations:

a)  No lifting over 100 pounds, maximally, or 40 pounds repetitively;

b)  No repetitive stooping or bending.

9.

To date, I remain on involuntary disability leave.

10.

By its failure and refusal to make a reasonable accommodation for my disability, City and County of San Francisco has discriminated against me because and as a result of an impairment that substantially limits one or more of my major life activities; because and as an end result of my having such an impairment; and/or because and as a result of my being perceived as having such an impairment.

11.

More specifically, City and County of San Francisco principally through Tom Duffy and Johnny Wong, but through certain others as well, has acted maliciously and willfully to harass and injure me by failing and refusing to make reasonable accommodation for my disability, ignoring my requests and the advice of my doctors. In addition, City and County of San Francisco has expressly prevented me from actively seeking other jobs within the company that would, by all accounts and in all probability, allow me work.

12.

To summarize, personal attacks and harassment by employees of City and County of San Francisco and certain others have aggravated my condition, thereby causing me emotional and physical harm. City and County of San Francisco has openly refused to provide reasonable accommodations for me, in clear violation of the Act. Moreover, City and County of San Francisco has discriminated against me in regard to my advancement, and other terms and

## STATEMENT

conditions and privileges of employment in clear violation of the Act.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 2-23-04    Signed: _____

EEOC Form 161 (2/08)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jesus Aguierre<br>C/O Law Offices Of Caroline G. Allen<br>22 Battery Street, Suite 333<br>San Francisco, CA 94111 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-01220 | Malinda K. Tuazon,<br>Investigator | (415) 625-5691 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*      4-30-08

Enclosures(s)      Michael Baldonado,<br>Acting Director      *(Date Mailed)*

cc:   **CITY AND COUNTY OF SAN FRANCISCO**<br>**1155 Market Street, 8th Floor**<br>**San Francisco, CA 94103**

Enclosure with EEOC
Form 161 (2/08)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

350 The Embarcadero, Suite 500
San Francisco, CA 94105
(415) 625-5600
TTY (415) 625-5610
FAX (415) 625-5609
Toll Free (800) 669-4000

Respondent:       CITY & COUNTY SAN FRANCISCO
EEOC Charge No:   550-2008-01220

April 18, 2008

Mr. Jesus Aguierre c/o
Law Offices of Caroline G. Allen
22 Battery Street, Suite 333
San Francisco, CA 94111

EEOC Number:      550-2008-01220

Mr. Aguierre:

Now that you have filed a charge with the U.S. Equal Employment Opportunity Commission (EEOC), it is important for you to understand some of our case processing procedures.

A Copy of your charge will automatically be filed with the State of California, Department of Fair Employment and Housing. This is being done to protect your right to file a suit in state court, should you desire to do so at a later date. It is not necessary for you to contact the state agency. Because of the formal agreement between the EEOC and the state agency, the EEOC will be processing your charge. The state agency will not process it unless we request them to do so. This rarely happens, but, it does, we will certainly let you know that we are transferring your charge to the state agency for processing.

In the interest of saving both your time and the time of the state agency, please do not contact that office either to file your charge or to inquire regarding it.

A copy of your charge will be served upon the Respondent within the time limitation set forth under both federal and state laws. In this instance, your charge will be served within ten (10) days following receipt of it by this office.

Finally, we suggest that you keep this notice and a copy of your charge for your records. Be sure to advise us of any change in your address or telephone number. Failure to do so could result in dismissal of your charge. Please use your charge number on all correspondence.

If you need further assistance, please contact Monica Colunga (415) 625-5667.

Sincerely,
*Michelle L. Nardella*
Enforcement Manager

STATE OF CALIFORNIA - State and Consumer Services Agency                                                          ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

| | |
|---|---|
| ☐ H | 1001 Tower Way, Suite 250<br>Bakersfield, CA 93309<br>(661) 395-2729 |
| ☐ C | 1320 E. Shaw Avenue, Suite 150<br>Fresno, CA 93710<br>(559) 244-4760 |
| ☐ R/S/T | 611 West Sixth Street, Suite 1500<br>Los Angeles, CA 90017<br>(213) 439-6799 |
| ☐ M | 1515 Clay Street, Suite 701<br>Oakland, CA 94612<br>(510) 622-2941 |
| ☐ E | 2000 "O" Street, Suite 120<br>Sacramento, CA 95814<br>(916) 445-9823 |
| ☐ D | 1350 Front Street, Suite 3005<br>San Diego, CA 92101<br>(619) 645-2681 |
| ☒ A | San Francisco District Office<br>1515 Clay Street, Suite 701<br>Oakland, CA 94612<br>(510) 622-2973 |
| ☐ G | 2570 North First Street, Suite 480<br>San Jose, CA 95131<br>(408) 325-0244 |
| ☐ K | 2101 East Fourth Street, Suite 255-B<br>Santa Ana, CA 92705<br>(714) 558-4266 |

Date: April 18, 2008

Case Name: JESUS AGUIERRE vs. CITY & COUNTY OF SAN FRANCISCO

EEOC No: 550-2008-01220

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

**Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.**

Sincerely,

WANDA J. KIRBY
Chief Deputy Director

DFEH-200-02 (05/07)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>550-2008-01220 |
|---|---|---|

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Jesus Aguierre | (650) 994-8205 | 11-13-1953 |

| Street Address | City, State and ZIP Code |
|---|---|
| C/O Law Offices Of Caroline G. Allen, 22 Battery Street, Suite 333, San Francisco, CA 94111 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY AND COUNTY OF SAN FRANCISCO | Unknown | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1155 Market Street, 8th Floor, San Francisco, CA 94103 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                02-23-2005

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Attached

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date           Charging Party Signature | |

1 | February 23, 2005
2 | Re:  Jesus Aguirre
  | Claim #
3 | D/I  March 32, 2000

4 | City and County of San Francisco, Public Utilities Commission/ Water Department
  | Attn: Linda A. Cole, Personnel Analyst
5 | 1155 Market Street, 8th Floor, San Francisco, Ca 94103 (415) 554 1670 fax 2405

6 | COMPLAINT TO EQUAL OPPORTUNITY COMMISSION

7 | I, Jesus Aguirre, allege that I ha been discriminated against based on age, medical
8 | condition, and disability, and that my former employer, City and County of San
  | Francisco/Public Utilities Commission/Water Department, hereinafter referred to as
9 | City and County of San Francisco failed to engage in an interactive process in order
10| to consider reasonable accommodation in violation of state and federal law.

11| I was hired by the City and County of San Francisco, Public Utilities Commission
  | and during my time with the City and County of San Francisco I performed my job
12| well and without incident.

13| I had many years of experience in the business and worked very successfully for
14| the City and County of San Francisco as a General Laborer for many years.

15| EVENTS LEADING TO MY DISMISSAL
  | On March 31, 2000, I injured my back while working for the City and County of
16| San Francisco, and in conjunction with the Workers' Compensation laws of the
  | State of California, I was placed on temporary disability. I received clearance
17| from my doctor to return back to my former employment with certain restrictions..

18| I provided a written report of the situation including my restrictions to the City and
19| County of San Francisco and asked that I be restored to my former employment
  | with reasonable accommodations being made due to my permanent disability.
20|
  | I was repeatedly notified by the City and County that no employment would be
21| made available to me due to my disability.
22|
  | I believe that I can return to my former employment with the following reasonable
23| accommodations:
  | a) No lifting over 100 pounds, maximally, or 20 pounds repetitively;
24| b) No repetitive stopping or bending.
25|
  | To date, however, I remain on involuntary disability leave.
26|
  | By its failure and refusal and refusal to make a reasonable accommodation for my
27| disability, City and County of San Francisco has discriminated against me because
28|

and as a result of an impairment that substantially limits one or more of my major life activities; because and as an end result of my having such an impairment, and/or because and as a result of my perceived as having such an impairment.

More specifically, City and County of San Francisco principally through Tom Duffy and Johnny Wong, but through others as well, has acted maliciously and willfully to harass an injure me by failing and refusing to make reasonable accommodations for my disability, ignoring my repeated request and the restrictions of my doctors. In addition, City and County of San Francisco has expressly prevented me from actively seeking other jobs within the company that would by all accounts and in all probability, allow me work.

To summarize, personal attacks and harassment by employees of City and County of San Francisco and certain others have aggravated my condition, thereby causing me emotional and physical harm. City and County of San Francisco has openly refused to provide reasonable accommodations for me in clear violation of the Acts. Moreover, the City and County has discriminated against me in regard to my advancement, and other terms and conditions and privileges in clear violation of the Acts.

It appears that the real motivation for my termination was the fact that I was injured and would have a long recovery time and not be able to return without restrictions.

Therefore, the City and County of San Francisco faces potential liability for discrimination based on my disability, and for denying me the benefits of the state and federal family medical leave acts.

The City and County of San Francisco was aware that I had serious medical conditions that required treatment. At no time was assistance extended to me in the form of a reasonable accommodation. There was no "interactive process" engaged in between any official of the Company and me. In addition, I believe that I was terminated due to my age.(over 40).

I declare that the foregoing is true and correct to the best of my recollection under penalty of perjury and the laws of the State of California on the 23 day of February, 2005.

Dated: February 23, 2005

_____
Jesus Aguirre