

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jesus Aguirre
          Plaintiff,

vs.

City + County of
San Francisco   Defendant.

CV 08    2928
CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS

BZ

E-filing

I, Jesus Aguirre, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____ None _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received.

Last: 2000    wage approx. $18,000/yr.

Intake 3 (Rev. 12/96)            1

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment     Yes ✓ No ___

    b.  Income from stocks, bonds, or royalties?     Yes ✓ No ___

    c.  Rent payments?     Yes ✓ No ___

    d.  Pensions, annuities, or life insurance payments?     Yes ✓ No ___

    e.  Federal or State welfare payments, Social Security or other government source?     Yes ___ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

$1000 / mo for Social Security

3.  Are you married?     Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:

$_____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?   Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account?   Yes ✓ No ____

Name(s) and address(es) of bank: Washington Mutual, Junipero Serra, Daly City, Ca

Present balance(s): $ 200.00

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ 400     Utilities: _____

Food: $ 200     Clothing: 50.00

Charge Accounts: _None_

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_None_

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_132a Worker's Comp case_
_SFO # 045363_

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/12/08_
DATE

X _[signature]_
SIGNATURE OF APPLICANT

Intake 3 (Rev. 12/96)                    4