| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788 |
| | Chief Labor Attorney |
| 3 | MICHAEL J. LEON GUERRERO, State Bar #183818 |
| | Deputy City Attorney |
| 4 | Fox Plaza |
| | 1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone:    (415) 554-4285 |
| 6 | Facsimile:    (415) 554-4248 |

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AGUIRRE, | Case No. C08-2928 BZ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and herby respectfully requests the reassignment of this case to a United States District Judge.

Dated: August 7, 2008          By: : /s/Michael J. Leon Guerrero
                                    MICHAEL J. LEON GUERRERO
                                    Attorneys for Defendant
                                    City and County of San Francisco

DECLINATION TO PROCEED BEFORE MAGIST.          1          n:\labor\li2008\090095\00501061.doc
CASE NO.  C08-2928 BZ