1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   MICHAEL J. LEON GUERRERO, State Bar #183818
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Fifth Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-4285
6   Facsimile:    (415) 554-4248

7

    Attorneys for Defendant
8   CITY AND COUNTY OF SAN FRANCISCO

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13   JESUS AGUIRRE,                      Case No. C08-2928 BZ

14              Plaintiff,               **DEFENDANT CITY AND COUNTY OF
                                         SAN FRANCISCO'S REQUEST FOR
15       vs.                             JUDICIAL NOTICE IN SUPPORT OF
                                         MOTION TO DISMISS
16   CITY & COUNTY OF SAN                (F.R.C.P. 12(b)(6))**
     FRANCISCO,
17                                       Hearing Date: September 17, 2008
                Defendant(s).            Time:        10:00 a.m.
18                                       Place:       Courtroom G, 15th Floor
                                                      United States District Court
19                                                    450 Golden Gate Ave.
                                                      San Francisco, CA 94102
20                                       Judge:       Hon. Bernard Zimmerman
                                         Trial Date:  Not Set
21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE                    1                    n:\labor\li2008\090095\00501336.doc
CASE NO.  C08-2928 BZ

TO PLAINTIFF JESUS AGUIRRE:

NOTICE IS HEREBY GIVEN that the City and County of San Francisco will and hereby does request that this Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

| EXHIBIT NO. | DATE | DOCUMENT NAME |
|---|---|---|
| A | 6/24/04 | Federal Employment Discrimination Complaint, Case No. C04 2556 BZ |
| B | 8/19/04 | Order Denying Motion for Appointment of Counsel; Order to Show Cause Re Statute of Limitations |
| C | 9/2/04 | Demand for Jury Trial (38 b); Notice of Motion, Motion to Request Leave to File First Amended Claim With the Desired Claim…. |
| D | 9/10/04 | Order Dismissing Case |
| E | 9/10/04 | Judgment |
| F | 6/12/08 | Federal Employment Discrimination Complaint, Case No. CV08 2928 BZ |

Judicial notice of these materials is proper under Federal Rule of Evidence 201. *Power, Inc. v. NLRB*, 40 F.3d 409 (D.C. Cir. 1994); *In re Phillips*, 593 F.2d 356 (8th Cir. 1979).

Dated: August 8, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MICHAEL J. LEON GUERRERO
Deputy City Attorneys

By: : /s/Michael J. Leon Guerrero
MICHAEL J. LEON GUERRERO

Attorneys for Defendant
City and County of San Francisco

# EXHIBIT A

FILED

JUN 2 4 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Aguirre, Jesus              Plaintiff,

vs.

City & County of San Francisco
P. U. C.
                        Defendant(s).

C 04        2556

CASE NO. 370200400988

EMPLOYMENT DISCRIMINATION
COMPLAINT

1.    Plaintiff resides at:

Address    26 Lessing st

City, State
& Zip Code    San Francisco, CA, 94112

Phone (650) 994-8205
        Area Code

2.    Defendant is located at:

Address    1155 market st.  P.U.C.

City, State
& Zip Code    San Francisco, CA, 94103

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

Case category: 5
Nature of Suit Code:  442 (Jobs)

Intake 2 (Rev. 8/97)              1

4.    The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

    c. __ Failure to promote me.

    d. X Other acts as specified below.

I received an injury to my back while working for the City and County of San Francisco on March 31, 2000. I was placed on disability for about 8 months, when the doctor gave me clearance. I contacted City and County of San Francisco and requested that I be restored to my former employer. They told me no jobs were available due to my disability

5.    Defendant's conduct is discriminatory with respect to the following:

    a. __ My race or color.

    b. __ My religion.

    c. __ My sex.

    d. __ My national origin.

    e. __ Other as specified below.

Intake 2 (Rev. 8/97)                    2

6.     **The basic facts surrounding my claim of discrimination are:**

_disability, to my back_

7.     The alleged discrimination occurred on or about ___8/31/00___.
**(DATE)**

8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged discriminatory conduct on or about ___2/26/04___.
**(DATE)**

9.     The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ___3/24/04___.
**(DATE)**

10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted:

___✓___ yes          _____ no

11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: ___6/24/04___          _____
                              **SIGNATURE OF PLAINTIFF**

*(PLEASE NOTE: NOTARIZATION*          _Aguirre, Jesus_
*IS __NOT__ REQUIRED.)*          **PLAINTIFF'S NAME**
                              **(Printed or Typed)**

Intake 2 (Rev. 8/97)                    3

# United States District Court

_____ Northern _____ DISTRICT OF _____ California _____

Aguirre, Jesus

**SUMMONS IN A CIVIL CASE**

**BZ**

V.

City & County of San Francisco
P.U.C.

CASE NUMBER: 370200400988

C 04 0556

TO: (Name and address of defendant)

City & County of San Francisco
P.U.C.
1155 market st. 8th flour
SF, CA, 94103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jesus Aguirre
26 Lessing st.
San Francisco, CA, 94112

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

_DATE_

(BY) DEPUTY CLERK    **BETTY FONG**

# EXHIBIT B

**NOT FOR CITATION**

FILED

2004 AUG 19  P: 0:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. OAK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JESUS AGUIRRE,

      Plaintiff,

      v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

      Defendants.

_____/

No. C 04-2556 PJH

**ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL;
ORDER TO SHOW CAUSE RE
STATUTE OF LIMITATIONS**

Before this court is pro per plaintiff Aguirre's second motion requesting appointment of counsel. The first motion was denied on July 1, 2004 for Aguirre's failure to make diligent efforts to secure counsel on his own, but without prejudice to the subsequent refiling of this motion if diligent efforts were in fact made. Aguirre now claims he has made diligent efforts to locate counsel but is still unrepresented, and renews his request for appointment of counsel.

In determining whether to appoint counsel, the court considers 1) the financial need of the plaintiff, 2) whether the plaintiff has made diligent efforts to locate counsel, and 3) the merits of the claim. Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301, 1318 (9th Cir. 1981); see also 7/1 Order. Because Aguirre was granted IFP status and Aguirre has demonstrated in his renewed motion that he has made efforts to contact counsel, the court presumes those two elements have been met.[1]

However, Aguirre has not stated a meritorious claim. Aguirre claims that he was discriminated against based on his disability around November 2000, when the City

_____

[1]    IFP status appears to have been erroneously granted by Magistrate Judge Zimmerman, as Aguirre paid the filing fee on the same day that he applied for IFP status.

United States District Court
For the Northern District of California

refused to rehire him because of his back injury. However, Aguirre did not file a claim with the EEOC until February 23, 2004. Under the Americans with Disabilities Act, a claim must be filed with the EEOC within 300 days of the alleged discriminatory act. 42 U.S.C. § 2000e-5(e)(1) (Title VII requirements); 42 U.S.C. § 12117(a) (adopting Title VII requirements under the ADA). Aguirre has provided no reason why he waited over three years to file his claim, and it appears that the federal claims will be barred for failure to exhaust in a timely fashion.[2]

Because this issue is not jurisdictional, the court declines to sua sponte dismiss the case at this point. However, the court orders Aguirre to show cause why the case should not be dismissed as untimely. Aguirre is ordered to explain to the court why he waited over three years to file a claim with the EEOC and with this court, and to explain how this lawsuit can be considered to have been timely filed as a result. The explanation shall be received by the court no later than September 1, 2004. Failure to do so will result in the dismissal of the case. Defendants may file a response to Aguirre's explanation no later than September 8, 2004.

This order fully adjudicates the matter listed at no. 17 on the clerk's docket for this case.

**IT IS SO ORDERED.**

Dated: August _19_, 2004

PHYLLIS J. HAMILTON
United States District Judge

---

[2]     It is unclear whether Aguirre also intended to file a disability discrimination claim under FEHA, the California state law, but in any event, FEHA requires that a claim be filed within one year of the allegedly-discriminatory act, which Aguirre did not do. Cal. Gov. Code § 12960(d).

2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

Aguirre,

           Plaintiff,

   v.

City & County of San Francisco, Public
Utilities C et al,

           Defendant.

Case Number: C-04-2556 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Aguirre
26 Lessing Street
San Francisco, CA 94112

Michael J. Leon Guerrero
City Attorney's Office
1390 Market Street
Fox Plaza, Fifth Floor
San Francisco, CA 94102-5408

Dated: August 19, 2004

Richard W. Wieking, Clerk
By: Lurline Moriyama, Deputy Clerk

# EXHIBIT C

JESUS AGUIRRE, IN PRO PER

26 LESSING ST  SAN FRANCISCO, CA.

94112

(650) 994 - 8205

IN   THE   UNITED   STATES   DISTRICT COURT

FOR   THE NORTHERN   DISTRICT OF CALIFORNIA

JESUS AGUIRRE,                )
Plaintiff,                    )
                             )        CASE # CV 04-02556 PJH
                             )
                             )    DEMAND FOR  JURY TRIAL (38 b)
    vs.                       )    NOTICE OF MOTION, MOTION TO
                             )    REQUEST  LEAVE  TO  FILE FIRST
                             )    AMENDED CLAIM  WITH  THE DESIRED
CITY  AND COUNTY OF           )    CLAIM ACCOMPANYING  PER  FRCP 15
SAN FRANCISCO,"CCSF"          )    AND  LOCAL  RULES
Defendant.                    )    DRAFT  ORDER  GRANTING LEAVE
                             )       HEARING SEPTEMBER 15th, 2004
                                     10 AM COURTROOM G, 15th fl.


          NOTICE OF MOTION AND MOTION

TO:  DEFENDANT CITY  AND COUNTY OF  SAN FRANCISCO

     PLEASE TAKE NOTICE THAT ON THE ABOVE-CAPTIONNED HEARINGDATE
PLAINTIFF WILL AND DOES MOVE THE COURT FOR LEAVE  TO FILE HIS
FIRST   AMENDED  CLAIM  WHICH  IS  ATTACHED.
FURTHER  PLAINTIFF  HAS  NO  OBJECTION  TO THE DISMISSAL OF THE
PUBLIC  UTILITIES  COMMISSION AS A DEFENDANT AS HE UNDERSTANDS
IT IS A 'SUBSIDIARY' AND NOT  A  SEPARATE LEGAL ENTITY FROM
REMAING  MAJOR DEFENDANT   EMPLOYER IN FACT, THE CITY  AND
COUNTY  OF  SAN  FRANCISCO, "CCSF.
         SIGNED   SEPT 1st, 2004
         IN  SAN  FRANCISCO          JESUS AGUIRRE, PLAINTIFF,
                                      IN PRO  PER

-1-

JESUS AGUIRRE, IN PRO PER
26 Lesing St.  San Francisco
California    94112(650) 994-8205


IN   THE   UNITED STATES DISTRICT   COURT
FOR  THE NORTHERN  DISTRICT CALIFORNIA

JESUS   AGUIRRE,        )
                        )    JURY TRIAL    DEMANDED FRCP 38 (b)
Plaintiff , Pro Per     )    CASE: CIV 04-02556 PJH
     VERSUS             )    FIRST   AMENDED   CLAIM "FAC"
                        )    INDIVIDUAL   COMPLAINT FOR MONETARY
CITY AND COUNTY OF SAN  )    AND   REINSTATEMENT RELIEF   FOR:
FRANCISCO,              )
                        )       1. JOB (EMPLOYMENT) DISCRIMINATION
Defendant.              )          TITLE  VII AND  42 USC 1981,2000.
_____   )       2. FAILURE TO PROVIDE REASONABLE
                                   ACCOMODATION FOR INJURIES
                                   UNDER    ADA, TITLES I,V # 503

                                3. BREACH OF  CONTRACT AND COVENANT OF
                                   GOOD   FAITH AND FAIR DEALING.

                                4. RETALIATION

                                5. GENERAL   NEGLIGENCE.
                            TABLE OF POINTS AND AUTHORITIES, 1/
                                   VERIFICATION.
                    INTRODUCTION

        COMES   NOW  PLAINTIFF, JESUS AGUIRRE  WITH HIS    FIRST
AMENDED   FEDERAL   CLAIM  "FAC" HEREINAFTER, TABLE  OF POINTS AND
AUTHORITIES, VERIFICATION.   THIS "FAC" IS  ACCOMPANIED   BY
A  REQUEST FOR    LEAVE  TO FILE  A FIRST  AMENDED  FEDERAL CLAIM
AS THE DEFENDANT  HAS  ALREADY  FILED  A RESPONSE, FOLLOWING
FEDERAL   RULES  OF   COURT  AND  LOCAL  RULES  OF COURT. PLAINTIFF
PRAYS  THIS  FIRST  AMENDED  COMPLAINT WILL OBVIATE  THE NECESSITY
FOR  THE HEARING  ON  DEFENDANTS  MOTION TO STRIK. SET FOR
SEPTEMBER 15th, 2004   IN  THIS   COURT,  450 GOLDEN  GATE  AVE.
    *   *   *   *   *   *   *   *   *   *   *   *   *   *

1/  AUTHORITIES  INCLUDE:: TITLE VII; 42 USC 1981,1988, 2000-e,,
   TITLE VII, 12111, 12117,   12203.  ADA   TITLES  I, V SEC  503.
     CAL  FEHA  GOVT  CODE 12900  et. seq. (see Table of P&A)

-2-

## SYNOPSIS

PLAINTIFF, A 12 CONTIGUOUS YEAR FAITHFUL EMPLOYEE OF DEFENDANT, CITY AND COUNTY OF SAN FRANCISCO SINCE 1987 WAS INJURED ON THE JOB IN 2000 AND ILLEGALLY DISCRIMINATD AGAINST, WAS ILLEGALLY NOT ACCOMODATED, HAD HIS CONTRACT FOR EMPLOYMENT WITH THE CITY BREACHED AND THE COVENANT OF GOOD FAITH AND FAIR DEALING BREACHED. HE SUFFERED RETALIATION.

JESUS WAS KNOWN AS A HARD WORKER, ON TIME, FRIENDLY, NEVER SHIRKING THE HARD JOBS. THIS PLAINTIFF WAS STUPIFIED WHEN AFTER PARTIAL RECOVERY FROM AN OTJ BACK INJURY HIS DOCTJOR, OKD HIS RETURN TO AN ACCOMODATED WORKPLACE WITH MEDICAL LIMITS OF NO MORE THAN FORTY LBS REPETITIVELY AND 100 LBS/ MAXIMALLY.
BUT DEFENDANT, A VERY LARGE ORGANISATION , WITH MANY JOBS THAT WOULD HAVE FIT FAILED TO ACCOMODATE PLAINTIFF AND ILLEGALLY REFUSED TO ACCOMODATE HIM AFTER TEMPORARY DISABILITY RAN OUT.
IN THE LAST FEW YEARS PLAINTIFF, HAD BEEN EARNING OVER $40,000 AND ALLEGES AGE AND ETHNIC DISCRIMINATIOA
THIS "FAC" TO THE ORIGINAL COMPLAINT TIMELY FILED ON JUNE 24th, 2004 CLARIFIES THE CAUSES OF ACTION ALLEGED AND SUPERCEEDS THE ORIGINAL CLAIM (OP. CIT) WHICH IN TURN FOLLOWED PLAINTIFF EXHAUSTING ALL HIS ADMINISTRATIVE REMEDIES WITH EEOC (EQUAL EMPLOYMENT OPPORTUNITY COMMISSION) AND OBTAINING HIS OFFICIAL RIGHT TO SUE LETTER FROM THE U. S. DEPARTMENT OF JUSTICE IN WASHINGTON, DC .
(PLEASE SEE EXHIBIT 'A' - RIGHT TO SUE LETTER ).

## DEMAND    750,000.00                    38(b)
PLAINTIFF REQUESTS A JURY TRIAL UNDERR FRCP, BACK PAY REINSTATEMENT TO HIS JOB WITH APPROPRIATE SALARY ADJUSTMENS AND PREJUDGEMENT INTEREST, AS AND IF THIS COURT DEEMS PREJUDGEMENT INTEREST APPROIATE. ALSO PLAINTIFF SEEKS SOME RESTITUTION FOR THE EMOTIONAL DISTRESS SUFFERED FROM THE SURPRISE AND NEGLECT OF FORMER EMPLOYER CCS'E.

DEMAND   ( CONTINUED )

ADDITIONALLY PLAINTIFF SEEK  COMPENSATORY AN[d] EXLEMPLARY DAMAGES  AS  APPROPRIATE   ATTORNEY'S  FEES WHE[N]  HE  IS  ABLE  TO OBTAIN AND  RETAIN  COUNSEL.  ( AT THIS FILING PLAINTIFF IS IN PRO PER). THIS  AS  EQUITABLE  RECOMPENSE  FOR THE  CAUSES OF  ACTION  AFORE STATED ON  PAGE ONE.

/        /        /        /        /        /      /        /

DEMAND    FOR    JURY  TRIAL  FRCP  38 (b)

ADDITIONALLY, PLAINTIFF DEMANDS A  JURY TRIAL   UNDER FEDERAL    RULES OF  CIVIL  PROCEEDURES,  RULE  38 (b)

-4-

## JURISDICTION

Plaintiff invokes JURISDICTION UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 and under 42 USC § 1981, 1983, 1988 and 2000 e of 42 USC AND ANY OTHER APPROPRIATE STATUTES FOR WHICH THIS HONOURABLE COURT WILL TAKE JUDICIAL NOTICE.

/        /        /        /        /        /        /        /        /

-5-

## FACTUAL   ALLEGATIONS

IN  THE ORIGINAL  FEDERAL  CLAIM, TIMELY FILED  ON

JUNE 24th, 2004  PLAINTIFF HAD  A PRECISE STATEMENT OF FACTS
WHICH HE INCLUDED  WITH  THE  COURT. A DECLARATION  WHICH
WAS TITLED   " STATEMENT", BEGAN " I JESUS AGUIRRE  STATE
AS FOLLOWS. ; THIS  STATEMENT WAS IN SUPPORT OF THE COURT
PROVIDED  HEADSHEET  OF  THE  JUNE 24th  FILING. NOW
PLAINTIFF  INCLUDES  THE  SAME "STATEMENT"  AS  EXHIBIT 'B'
WITH THIS  "FAC" FIRST PAGE OF PRECISE CAUSES OF  ACTION
AND THE FOLLOWING  AMPLIFICATION  OF  THE 'STATEMENT' "B"
BROUGHT  TO  A HIGHER  LEVEL OF LEGAL, ACCURACY, BREVITY
AND  CLAIRITY.

WITH REFERENCE NOW TO AMPLIFICATION OF "STATEMENT  EXH 'B".
ARABIC ITEMS   1 - 12

1.   PLAINTIFF IS FIFTY YEARS OLDE AND RACIALLY  MEXICAN.  HE
NEVER HAD A MEXICAN SUPERVISOR OR  SUPERVISOR*S  BOSS  ON HIS
DAILY  WORK CREW!!  .. AT THE END OF HIS EMPLOYMENT  HE WAS
MAKING  WELL OVER  $40,000 pa.   HE FELT THE RACIAL ANIMUS
INCREASING IN THE FINAL YEARS.. PLAINTIFF  STARTED  AS A
GENERAL LABOURER  AND  AFTER TEN TO TWELVE YEARS OF GOOD WORK
HE  WAS  STILL A GENERAL  LABOURER.  HE WAS NEVER  GIVEN  A
CHANCE  TO  BE  A  SUPERVISOR !

2.   THIS FIRST AMENDED COMPLAINT 'fac' ALLEGES RACIAL ANIMUS
BY  THE  EMPLOYER, CITY AND  COUNTY  OF  SAN  FRANCISCO.

3.   PLAINTIFF ALLEGES  HE WORKED 12 CONTINUOUS PERFORMING HIS
JOB  AS  GENERAL  LABOURER WELL AND  WITHOUT  INCIDENT.

4,5. MY  BACK  WAS INJURED ON MARCH 31, 2000 AND I WENT ONTO
TEMPORARY DISABILITY . WHEN  I RECEIVED CLEARANCE FROM MY DOCTOR
TO RETURN TO WORK  WITH  CERTAIN RESTRICTIONS  BUT  WHEN
I REQUESTED TO BE REINSTATED  WITH  ACCOMODATIONS  REASONABLE
CCSF INFORMED  ME THAT  NO  EMPLOYMENT WOULD BE MADE AVAILABLE!

-6-

EXHIBIT `B`  STATEMENT  AMPLIFICATION  -  COMTTINUED  FROM PAGE 3

6 - 9  PLAINTIFF AGAIN REQUESTED IN WRITING TO BE RESTORED TO
HIS  FORMER EMPLOYMENT, GOT NOTHING IN REPLY AND TO DATE
IS ON  INVOLUNTARY  DISABILITY  LEAVE,  A  POLITE
EUPHEMIMISM  FOR  AN  ILLEGAL DISCRIMINATORY TERMINATION.

10 - 12.  THESE  CLOSING PARAGRAPHS  ARE QUOTED  VERBATIM  FROM
EXHIBIT  "B"  STATEMENT OF  PLAINTIFF.

10.

By its failure and refusal to make a reasonable accommodation for my disability, City
and County of San Francisco has discriminated against me because and as a result of an
impairment that substantially limits one or more of my major life activities; because and as an
end result of my having such an impairment; and/or because and as a result of my being
perceived as having such an impairment. //

11.

More specifically, City and County of San Francisco principally through Tom Duffy and
Johnny Wong, but through certain others as well, has acted maliciously and willfully to harass
and injure me by failing and refusing to make reasonable accommodation for my disability,
ignoring my requests and the advice of my doctors. In addition, City and County of San
Francisco has expressly prevented me from actively seeking other jobs within the company that
would, by all accounts and in all probability, allow me work. //

12.

To summarize, personal attacks and harassment by employees of City and County of San
Francisco and certain others have aggravated my condition, thereby causing me emotional and
physical harm. City and County of San Francisco has openly refused to provide reasonable
accommodations for me, in clear violation of the Act. Moreover, City and County of San
Francisco has discriminated against me in regard to my advancement, and other terms. //

ARGUMENT   LIBERALITY DOCTRINE  ON  AMENDED CLAIMS IN THE
FURTHERENCE  OF  JUSTICE  APPLIES  FOLLOWING:

FORMAN  V  DAVIS  371 US 178

-7-

CONCLUSION

FOR ALL THE FACTS , ALLEGATIONS, LEGAL POINTS
AND AUTHORITIES ABOVE, ESPECIALLY FOMAN V DAVIS
371 US 178, 83 S. Ct. 227

PLAINTIFF RESPECTFULLY REQUESTS LEAVE TO FILE
THIS ATTACHED FIRST AMENDED COMPLAINT.


SIGNED,

SEPT 2D, 2004                    JESUS AGUIRRE, PLAINTIFF
                                 IN PRO PER

-8-

## VERIFICATION

I, PLAINTIFF JESUS AGUIRRE, IN PRO PER, AVOW ALL OF THE
FOREGOING  IN THIS FIRST AMENDED COMPLAINT AND  EXHIBITS
ARE TRUE  TO THE BEST OF MY KNOWLEDGE AND BELIEF,  AND TO
THE EXTENT  I BASE THEM ON BELIEF, I BELIEVE THEM TO BE TRUE.

SIGNED:

DATE:  SEPT2d,2004                    JESUS AGUIRRE,  PLAINTIFF
in san francisco                              PRO  PER

-9-

Case CV-042556-PHJ

PLAINTIFFS" TABLE OF POINTS AND AUTHORITIES

PAGES

US SUPREME COURT:    FORMAN vs DAVIS

371 US 178;  83 S.Ct. 227

US CONSTITUTION:

AMENDMENTS  IV, V, XIV.

TITLE VII of the CIVIL RIGHTS ACT (1964)
~ U.S. CODE  42 USC 1981,  1983,  2000-e-5,,

(12101,  12111, 12117,  12203

29 USC 626.

ADA   AMERICANS W/ DISABILITIES ACT TITLES  I, V

sec.   503

FEHA   Cal. Govt. code 12900 et seq.

Cal Labor Code 98.4, 98.5,  98.6


FEDERAL    CASES:

BOUMAN  V BLOCK        Equity claim
940 F.2d 1211          is OK

SALGADO v  ATLANTIC  RICHFIELD
823 F.2d  1322


FEDERAL  CODES  OF CIVIL PROCEEDURES    RULE 15, RULE  38 (b)


EXPERT   AUTHORITIES:

MOORES FED PRACTICE   3d ED.       EXHIIBIT   C

Chapter   15.15

CAL PRACTICE AND PROCEEDURES   CH 115.
(  matthew  bender  )

WILCOX ON  CALIFORNIA   EMPLOYMENT  LAW

-10-

## PLAINTIFF'S    LIST OF EXHIBITS

## TO  MOTION FOR LEAVE TO FILE A

## FIRST  AMENDED  COMPLAIINT

| EXHIBI | TITLE | PURPOSE |
|--------|-------|---------|
| A | US DEPT  OF  JUSTICE, DC RIGHT  TO SUE LETTER | PROOF  THAT CLAIM CV04-02556  PJH WAS TIMELY  FILED. |
| B | PLAINTIFFS  ORIGINAL  DECLARATION  aka ATATEMENT FROM THE ORIGINAL COMPLAINT FILED  JUNE 24th  2004  WHICH  IS AMPLIFIED  PARAGRAPH  BY PARAGRAPH IN  THIS  FIRSST  AMENDED COMPLAINTT AND  VERIFIED  BY  PLAINTIFF  AGAIN. | |
| C | MOORE'S  FEDERAL  PRACTICE 3d Ed. @ ch 15 ¶ 15.15 EXPLAINING  LIBERALITY DOCTRINE  GUIDING  FIRST  AMENDED  CLAIM REQUESTS  AND  AMENDED  CLAIMS IN  GENERAL | |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case # C-04—2556 PJH

Certificate of SERVICE

AGUIRRE, JESUS,                          )
                                         )
         PLAINTIFF,                      )
                                         )
versus                                   )
                                         )
CITY AND COUNTY OF SAN                   )
FRANCISCO ("CCSF"),                      )
                                         )
         DEFENDANT.                      )

I, THE UNDERSIGNED, CERTIFY (AVOW) I AM OVER 21 A CITIZEN
OF CALIFORNIA. MY BUSINESS ADDRESS IS 154 9th st IN
SAN FRANCISCO, CALIFORNIA. I AM NOT A PARTY TO THIS
FEDERAL CLAIM.

FURTHERMORE, I AVOW THAT SEPTEMBER 8th, 2004, I SERVED
TRUE COPIES OF THE FOLLOWING BY U.S. MAIL FROM THE U S
POST OFFICE AT 450 GOKDEN GATE AVE SFCA, 94101.

MAILED: Notice of Motion, Motion to request leave
file leave to file a first amended claim (FAC), and
an accompanying FIRST AMENDED COMPLAINT.

MAILED TO: MICHAIL GUERRERO              SEPT 9, 2004
           CITY ATTORNEY'S OFFICE
           1390 FOX PLAZA, FIFTH FLOOR   RAYMOND J. NORTON
           SFCA  94102 -5408

# EXHIBIT D

Document2

**NOT FOR CITATION**

*FILED*

Sep 1 7 2004

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEP 1 0 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

For the Northern District of California

JESUS AGUIRRE,

        Plaintiff,

        v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

        Defendants.

_____/

No. C 04-2556 PJH

**ORDER DISMISSING CASE**

Before this court is pro per plaintiff Aguirre's response to the court's August 19, 2004 order to show cause why the case should not be dismissed under the statute of limitations, and the City's response. Having carefully read the parties' papers and considered the relevant legal authority, the court hereby DISMISSES the case for the reasons that follow.

As previously discussed, Aguirre claims he was discriminated against based on his disability around November 2000, when the City refused to rehire him after he had recovered from a back injury. The Americans with Disabilities Act requires that a claim be filed with the EEOC within 300 days of the alleged discriminatory act, and the California Fair Employment and Housing Act requires that a claim be filed within a year. See August 19, 2004 Order (citing cases). Aguirre did not file a claim with the EEOC until February 23, 2004, approximately three and a half years after the incident in question. The court thus ordered Aguirre to show cause why his claim should not be dismissed under the statute of limitations. Id.

In his response, Aguirre states that he first contacted an attorney about his claims in November 2000, but "after several months of no progress," Aguirre took over his own case

United States District Court
For the Northern District of California

1   and began looking for a new attorney. Only after he located an attorney in 2004 did he

2   realize that he was required to file paperwork with the EEOC.

3          While the court is sympathetic to Aguirre's situation, the circumstances described do

4   not permit the court to make an exception to the statute of limitations rules. The statute of

5   limitations can only be tolled, or excused, if the delay is caused by factors other than the

6   plaintiff's own failure to use due diligence in preserving his legal rights. Lehman v. United

7   States, 154 F.3d 1010, 1016 (9th Cir. 1998) (citation omitted); see also, e.g., Socop-

8   Gonzalez v. INS, 272 F.3d 1176, 1185 (9th Cir. 2001) (equitable tolling applies when a

9   plaintiff can show that "by the exercise of reasonable diligence [he] could not have

10  discovered essential information bearing on the claim."). Here, Aguirre's failure to file his

11  EEOC claim cannot be attributed to any affirmative misconduct on the part of any other

12  party in this lawsuit, and therefore, the statute of limitations cannot be extended to excuse

13  his own failure to obtain sufficient information concerning his potential legal claim against

14  the City.

15         The case is thus DISMISSED as time-barred under the statute of limitations. The

16  court notes that Aguirre has not opposed defendant Public Utilities Commission's motion

17  to dismiss because it is not a separate legal entity from the defendant City. That motion

18  becomes moot in view of this dismissal, and the hearing scheduled for September 15,

19  2004 is VACATED.

20         This order fully adjudicates the matters listed at nos. 10 and 18 on the clerk's docket

21  for this case, and all other pending matters. The clerk is ordered to close the file.

22  **IT IS SO ORDERED.**

23  Dated: September _10_, 2004

PHYLLIS J. HAMILTON
United States District Judge

24

25

26

27

28

2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

Aguirre,

                Plaintiff,

   v.

City & County of San Francisco, Public
Utilities C et al,

                Defendant.
_____/

Case Number: C-04-2556 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Aguirre
26 Lessing Street
San Francisco, CA 94112

Michael J. Leon Guerrero
City Attorney's Office
1390 Market Street
Fox Plaza, Fifth Floor
San Francisco, CA 94102-5408

Dated: September 10, 2004

Richard W. Wieking, Clerk
By: Lurline Moriyama, Deputy Clerk

# EXHIBIT E

FILED

SEP 10 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS AGUIRRE,

        Plaintiff,

        v.

CITY AND COUNTY OF SAN FRANCISCO,
et al.,

        Defendants.

_____/

No. C 04-2556 PJH

**JUDGMENT**

      This action came on for hearing before the court and the issues having been duly heard and the court having sua sponte dismissed the case as time-barred under the statute of limitations,

      it is Ordered and Adjudged

      that the complaint is dismissed with prejudice.

      IT IS SO ORDERED.

Dated:  September 10 2004

PHYLLIS J. HAMILTON
United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

Aguirre,

        Plaintiff,

   v.

City & County of San Francisco, Public
Utilities C et al,

        Defendant.

_____/

Case Number: C-04-2556 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Aguirre
26 Lessing Street
San Francisco, CA 94112

Michael J. Leon Guerrero
City Attorney's Office
1390 Market Street
Fox Plaza, Fifth Floor
San Francisco, CA 94102-5408

Dated: September 10, 2004

*Lurline Moriyama*
Richard W. Wieking, Clerk
By: Lurline Moriyama, Deputy Clerk

# EXHIBIT F

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Jesus Aguirre
                    Plaintiff,

vs.

City & County of
San Francisco    Defendant(s).

CV 08                    2928

B2

CASE NO. _____
EEOC # 550 2008 01220

**EMPLOYMENT DISCRIMINATION
COMPLAINT**

E-filing

1.    **Plaintiff resides at:**

Address _____ 26 Lessing St. _____

City, State
& Zip Code ____ San Francisco, Ca 94112 ____

Phone (415) 233 3019
      **Area Code**

2.    **Defendant is located at:**

Address _____ 1155 Market 8th F. _____

City, State
& Zip Code ____ San Francisco, Ca 94103 ____

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

Case category: 5
Nature of Soit Code: 442 (Jobs)

Intake 2 (Rev. 8/97)                    1

4.    The acts complained of in this suit concern:

    a.  __ Failure to employ me.

    b.  ✓ Termination of my employment.

    c.  __ Failure to promote me.

    d.  __ Other acts as specified below.

_____

_____

_____

_____

_____

_____

5.    Defendant's conduct is discriminatory with respect to the following:

    a.  ✓ My race or color.

    b.  __ My religion.

    c.  __ My sex.

    d.  ✓ My national origin.

    e.  ✓ Other as specified below.    *My injury on the job.*

_____

6.   The basic facts surrounding my claim of discrimination are:

_See   Statement   attached._

_____

_____

_____

_____

_____

_____

_____

7.   The alleged discrimination occurred on or about ____2 / 2 3 / 0 5____
(DATE)

8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged discriminatory conduct on or about ____Ap. 18, 2008____
(DATE)

9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ____4 / 3 0 / 0 8____.
(DATE)

10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:

____ yes      ____ no

11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: ____6 / 12 / 0 8____      X_____
SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*      ___Jesus Aguirre___
*IS NOT REQUIRED.)*      PLAINTIFF'S NAME
(Printed or Typed)

intake 2 (Rev. 8/97)      3

## STATEMENT

I, Jesus Aguirre, state as follows:

### 1.

I am 50 years of age, my gender is male, and my racial identity is Mexican. I hold Social Security number ████████. My date of birth is ████████. I reside at 26 Lessing Street, San Francisco, CA 94112. My telephone number is (650) 994-8205.

### 2.

My complaint is against City and County of San Francisco PUC which is located at 1155 Market Street, Eighth Floor, San Francisco, California 94103. My job classification is General Laborer.

### 3.

I, Jesus Aguirre, was injured while working for City and County of San Francisco. City and County of San Francisco is an entity with 15 or more employees during each of the last 20 calendar weeks. During my time with City and County of San Francisco I have performed my job well and without incident. For the greater part of that time, I worked without injury.

### 4.

I received an injury to my back while working for City and County of San Francisco on March 31, 2000. In conjunction with the Workers' Compensation laws of the State of California, I was placed on temporary disability. I received clearance from my doctor to return back to my former employment with certain restrictions.

### 5.

I contacted City and County of San Francisco and requested that I be restored to my former employment, with reasonable accommodation being made due to my permanent disability. I was notified by City and County of San Francisco that no employment would be made available to me due to my disability.

### 6.

I again requested in writing that City and County of San Francisco restore me to my former employment making reasonable accommodations for my disability.


## STATEMENT

### 7.

To date, I have received no response from City and County of San Francisco with regard to my written demand.

### 8.

I believe that I can return to my former employment with the following reasonable accommodations:

a)     No lifting over 100 pounds, maximally, or 40 pounds repetitively;

b)     No repetitive stooping or bending.

### 9.

To date, I remain on involuntary disability leave.

### 10.

By its failure and refusal to make a reasonable accommodation for my disability, City and County of San Francisco has discriminated against me because and as a result of an impairment that substantially limits one or more of my major life activities; because and as an end result of my having such an impairment; and/or because and as a result of my being perceived as having such an impairment.

### 11.

More specifically, City and County of San Francisco principally through Tom Duffy and Johnny Wong, but through certain others as well, has acted maliciously and willfully to harass and injure me by failing and refusing to make reasonable accommodation for my disability, ignoring my requests and the advice of my doctors.  In addition, City and County of San Francisco has expressly prevented me from actively seeking other jobs within the company that would, by all accounts and in all probability, allow me work.

### 12.

To summarize, personal attacks and harassment by employees of City and County of San Francisco and certain others have aggravated my condition, thereby causing me emotional and physical harm. City and County of San Francisco has openly refused to provide reasonable accommodations for me, in clear violation of the Act.  Moreover, City and County of San Francisco has discriminated against me in regard to my advancement, and other terms and

## STATEMENT

conditions and privileges of employment in clear violation of the Act.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _2-23-04_          Signed: _____

EEOC Form 161 (Fit. 08)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To | Jesus Aguirre<br>C/O Law Offices Of Caroline G. Allen<br>22 Battery Street, Suite 333<br>San Francisco, CA 94111 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601 7(a)) |  |
|---|---|---|

| EEOC Charge No | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-01220 | Malinda K. Tuazon,<br>Investigator | (415) 625-5691 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Michael Baldonado,
**Acting Director**

4-30-08

(Date Mailed)

cc:    **CITY AND COUNTY OF SAN FRANCISCO**
1155 Market Street, 8th Floor
San Francisco, CA 94103

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more **than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**

350 The Embarcadero, Suite 500
San Francisco, CA 94105
(415) 625-5600
TTY (415) 625-5610
FAX (415) 625-5609
Toll Free (800) 669-4000

Respondent:        CITY & COUNTY SAN FRANCISCO
EEOC Charge No:    550-2008-01220

April 18, 2008

Mr. Jesus Aguierre c/o
Law Offices of Caroline G. Allen
22 Battery Street, Suite 333
San Francisco, CA 94111

EEOC Number:      550-2008-01220

Mr. Aguierre:

Now that you have filed a charge with the U.S. Equal Employment Opportunity Commission
(EEOC), it is important for you to understand some of our case processing procedures.

A Copy of your charge will automatically be filed with the State of California, Department of
Fair Employment and Housing. This is being done to protect your right to file a suit in state
court, should you desire to do so at a later date. It is not necessary for you to contact the state
agency. Because of the formal agreement between the EEOC and the state agency, the EEOC
will be processing your charge. The state agency will not process it unless we request them to do
so. This rarely happens, but, it does, we will certainly let you know that we are transferring your
charge to the state agency for processing.

In the interest of saving both your time and the time of the state agency, please do not contact
that office either to file your charge or to inquire regarding it.

A copy of your charge will be served upon the Respondent within the time limitation set forth
under both federal and state laws. In this instance, your charge will be served within ten (10)
days following receipt of it by this office.

Finally, we suggest that you keep this notice and a copy of your charge for your records. Be sure
to advise us of any change in your address or telephone number. Failure to do so could result in
dismissal of your charge. Please use your charge number on all correspondence.

If you need further assistance, please contact Monica Colunga (415) 625-5667.

Sincerely,

*Michelle L. Nardella*
Enforcement Manager

STATE OF CALIFORNIA – State and Consumer Service Agency                                    ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

| | |
|---|---|
| ☐ H | 1001 Tower Way, Suite 250<br>Bakersfield, CA 93309<br>(661) 395-2729 |
| ☐ C | 1320 E. Shaw Avenue, Suite 150<br>Fresno, CA 93710<br>(559) 244-4760 |
| ☐ R/S/T | 611 West Sixth Street, Suite 1500<br>Los Angeles, CA 90013<br>(213) 439-6799 |
| ☐ M | 1515 Clay Street, Suite 701<br>Oakland, CA 94612<br>(510) 622-2941 |
| ☐ E | 2000 "O" Street, Suite 120<br>Sacramento, CA 95814<br>(916) 445-9635 |
| ☐ D | 1350 Front Street, Suite 3005<br>San Diego, CA 92101<br>(619) 645-2681 |
| ☒ A | San Francisco District Office<br>1515 Clay Street, Suite 701<br>Oakland, CA 94612<br>(510) 622-2973 |
| ☐ G | 2570 North First Street, Suite 480<br>San Jose, CA 95131<br>(408) 325-0540 |
| ☐ K | 2101 East Fourth Street, Suite 255-B<br>Santa Ana, CA 92705<br>(714) 558-4266 |

Date:  April 18, 2008

Case Name:  JESUS AGUIERRE vs. CITY & COUNTY OF SAN FRANCISCO

EEOC No:  550-2008-01220

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

No response to the DFEH is required by the respondent.

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State Court.

Sincerely,

WANDA J. KRAY
Chief Deputy Director

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:

☐ FEPA
☒ EEOC

Agency(ies) Charge No(s):

**550-2008-01220**

## California Department Of Fair Employment & Housing

and EEOC

State or local Agency, if any

| Name (indicate Mr, Ms, Mrs) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Jesus Aguierre** | **(650) 994-8205** | **11-13-1953** |

Street Address | City, State and ZIP Code

**C/O Law Offices Of Caroline G. Allen, 22 Battery Street, Suite 333, San Francisco, CA 94111**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CITY AND COUNTY OF SAN FRANCISCO** | **Unknown** | |

Street Address | City, State and ZIP Code

**1155 Market Street, 8th Floor, San Francisco, CA 94103**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address | City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest

**02-23-2005**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Attached

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____        _____
Date                                  Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

February 23, 2005

Re:   Jesus Aguirre
Claim #
D/I   March 32, 2000

City and County of San Francisco, Public Utilities Commission/ Water Department
Attn: Linda A. Cole, Personnel Analyst
1155 Market Street, 8ᵗʰ Floor, San Francisco, Ca  94103 (415)  554 1670  fax 2405

## COMPLAINT TO EQUAL OPPORTUNITY COMMISSION

I, Jesus Aguirre, allege that I ha been discriminated against based on age, medical condition, and disability, and that my former employer, City and County of San Francisco/Public Utilities Commission/Water Department, hereinafter referred to as City and County of San Francisco failed to engage in an interactive process in order to consider reasonable accommodation in violation of state and federal law.

I was hired by the City and County of San Francisco, Public Utilities Commission and during my time with the City and County of San Francisco I  performed my job well and without incident.

I had many years of experience in the business and worked very successfully for the City and County of San Francisco as a General Laborer for many years.

### EVENTS LEADING TO MY DISMISSAL
On March 31, 2000, I injured my back while working for the City and County of San Francisco,  and in conjunction with the Workers' Compensation laws of the State of California, I was placed on temporary disability.   I received clearance from my doctor to return back to my former employment with certain restrictions..

I provided a written report of the situation including my restrictions to the City and County of San Francisco and asked that I be restored to my former employment with reasonable accommodations being made due to my permanent disability.

I was repeatedly notified by the City and County that no employment would be made available to me due to my disability,

I believe that I can return to my former employment with the following reasonable accommodations:
a)  No lifting over 100 pounds, maximally, or 20 pounds repetitively;
b)  No repetitive stopping or bending.

To date, however, I remain on involuntary disability leave.

By its failure and refusal and refusal to make a reasonable accommodation for my disability, City and County of San Francisco has discriminated against me because

and as a result of an impairment that substantially limits one or more of my major life activities; because and as an end result of my having such an impairment, and/or because and as a result of my perceived as having such an impairment.

More specifically, City and County of San Francisco principally through Tom Duffy and Johnny Wong, but through others as well, has acted maliciously and willfully to harass an injure me by failing and refusing to make reasonable accommodations for my disability, ignoring my repeated request and the restrictions of my doctors. In addition, City and County of San Francisco has expressly prevented me from actively seeking other jobs within the company that would by all accounts and in all probability, allow me work.

To summarize, personal attacks and harassment by employees of City and County of San Francisco and certain others have aggravated my condition, thereby causing me emotional and physical harm. City and County of San Francisco has openly refused to provide reasonable accommodations for me in clear violation of the Acts. Moreover, the City and County has discriminated against me in regard to my advancement, and other terms and conditions and privileges in clear violation of the Acts.

It appears that the real motivation for my termination was the fact that I was injured and would have a long recovery time and not be able to return without restrictions.

Therefore, the City and County of San Francisco faces potential liability for discrimination based on my disability, and for denying me the benefits of the state and federal family medical leave acts.

The City and County of San Francisco was aware that I had serious medical conditions that required treatment. At no time was assistance extended to me in the form of a reasonable accommodation. There was no "interactive process" engaged in between any official of the Company and me. In addition, I believe that I was terminated due to my age.(over 40).

I declare that the foregoing is true and correct to the best of my recollection under penalty of perjury and the laws of the State of California on the 23 day of February, 2005.

Dated: February 23, 2005

_____
Jesus Aguirre

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Jesus Aguirre

**DEFENDANTS**

City & County of San Francisco

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  S. F.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

No

ATTORNEYS (IF KNOWN)

E-filing

BZ

ADR

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)  AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY

JUDGE _____   DOCKET NUMBER _____

## DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AN "X" IN ONE BOX ONLY)

☐ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE  6-11-08

SIGNATURE OF ATTORNEY OF RECORD