UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jesus Aguirre,

    Plaintiff(s).

    v.

City & County of San Francisco,

    Defendant(s).
_____/

No. C08-2928 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Motion Hearing set for **September 17, 2008** at **10:00 a.m.** is hereby **VACATED**.

Dated: 8/11/08

Richard W. Wieking, Clerk
United States District Court

*Simone Voltz*
By: Simone Voltz - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AGUIRRE et al,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al,<br><br>            Defendant._____/ | Case Number: CV08-02928 BZ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus  Aguirre
26 Lessing Street
San Francisco,  CA 94112

Dated: August 11, 2008

Richard W. Wieking, Clerk
                            By: Simone Voltz, Deputy Clerk