**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                              415.522.2000

**August 12, 2008**

**CASE NUMBER:  CV 08-02928 BZ**
**CASE TITLE:  JESUS AGUIRRE-v-CITY AND COUNTY OF SAN FRANCISCO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 8/12/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                   Entered in Computer 8/12/08 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA