IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 18 PM 2:44

| JESUS AGUIRRE,<br>Plaintiff,<br><br>vs.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>Defendants | No. C 08 2928<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS |
|---|---|

TO ALL PARTIES AND ATTORNEYS OF RECORD:

                Re:   Jesus Aguirre
                Claim #
                D/I   March 32, 2000

AND TO:   City and County of San Francisco, Public Utilities Commission/ Water Department
Attn: Linda A. Cole, Personnel Analyst
1155 Market Street, 8th Floor, San Francisco, Ca 94103 (415) 554 1670 fax 2405

      PLAINTIFF FOR HIS RESPONSE TO DEFENDANT'S MOTION TO DIMISS STATES THAT HE, UNDER PENALTY OF PERJURY, FILED A COMPLAINT TO THE EQUAL OPPORTUNITY COMMISSION WHEREIN HE STATED:

      I, Jesus Aguirre, allege that I ha been discriminated against based on age, medical condition, and disability, and that my former employer, City and County of San Francisco/Public Utilities Commission/Water Department, hereinafter referred to as City and County of San Francisco failed to engage in an interactive process in order to consider reasonable accommodation in violation of state and federal law.

      I was hired by the City and County of San Francisco, Public Utilities Commission and during my time with the City and County of San Francisco I performed my job well and without incident.

      I had many years of experience in the business and worked very successfully for the City and County of San Francisco as a General Laborer for many years.

      EVENTS LEADING TO MY DISMISSAL

1

On March 31, 2000, I injured my back while working for the City and County of San Francisco, and in conjunction with the Workers' Compensation laws of the State of California, I was placed on temporary disability. I received clearance from my doctor to return back to my former employment with certain restrictions..

I provided a written report of the situation including my restrictions to the City and County of San Francisco and asked that I be restored to my former employment with reasonable accommodations being made due to my permanent disability.

I was repeatedly notified by the City and County that no employment would be made available to me due to my disability.

I believe that I can return to my former employment with the following reasonable accommodations:
    a) No lifting over 100 pounds, maximally, or 40 pounds repetitively;
    b) No repetitive stopping or bending.

To date, however, I remain on involuntary disability leave.

By its failure and refusal and refusal to make a reasonable accommodation for my disability, City and County of San Francisco has discriminated against me because and as a result of an impairment that substantially limits one or more of my major life activities; because and as an end result of my having such an impairment, and/or because and as a result of my perceived as having such an impairment.

More specifically, City and County of San Francisco principally through Tom Duffy and Johnny Wong, but through others as well, has acted maliciously and willfully to harass an injure me by failing and refusing to make reasonable accommodations for my disability, ignoring my repeated request and the restrictions of my doctors. In addition, City and County of San Francisco has expressly prevented me from actively seeking other jobs within the company that would by all accounts and in all probability, allow me work.

To summarize, personal attacks and harassment by employees of City and County of San Francisco and certain others have aggravated my condition, thereby causing me emotional and physical harm. City and County of San Francisco has openly refused to provide reasonable accommodations for me in clear violation of the Act. Moreover, the City and County has discriminated against me in regard to my advancement, and other terms and conditions and privileges in clear violation of the Act.

It appears that the real motivation for my termination was the fact that I was injured and would have a long recovery time and not be able to return without restrictions.

Therefore, the City and County of San Francisco faces potential liability for discrimination based on my disability, and for denying me the benefits of the state and federal family medical leave acts.

The City and County of San Francisco was aware that I had serious medical conditions that required treatment. At no time was assistance extended to me in the form of a reasonable accommodation. There was no "interactive process" engaged in between any official of the Company and me. In addition, I believe that I was terminated due to my age.(over 40).

I declare that the foregoing is true and correct to the best of my recollection under penalty of perjury and the laws of the State of California on the 23 day of
February, 2005.

Dated: February 23, 2005                    _____


ON APRIL 30, 2008 Plaintiff received from the US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION A

DISMISSAL AND NOTICE OF RIGHTS LETTER WHICH STATES

.....You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed within 90 days of your receipt of this notice, or your right to sue based on this charge will be lost....
                                                              See attached Exhibit A

THEREFORE, PLAINTIFF'S CLAIM, FILED WITHIN THE STATED 90

DAYS WAS IN FACT TIMELY FILED AND DEFENDANT'S MOTION TO

DISMISS HEREIN SHOULD BE DENIED.

DATED:   AUGUST 18, 2008.

                                        _____

3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jesus Aguierre<br>C/O Law Offices Of Caroline G. Allen<br>22 Battery Street, Suite 333<br>San Francisco, CA 94111 | From: San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2008-01220 | Malinda K. Tuazon, Investigator | (415) 625-5691 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Michael Baldonado, Acting Director

4-30-08
(Date Mailed)

Enclosures(s)

cc: CITY AND COUNTY OF SAN FRANCISCO
1155 Market Street, 8th Floor
San Francisco, CA 94103

Exhibit A

PROOF OF SERVICE BY MAIL (CCP 1013a, 2815.5)

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

I am a citizen of the United States and am employed in the county aforesaid; i am over the age of 18 years and not a party to the within action.

On this day, I served the within
Response to Motion to Dismiss

( ) by hand delivery
( x ) by placing a true copy thereof, enclosed in a sealed envelope, thereon fully prepaid, in the united states mail at

Elizabeth Salveston, Attorney
City and County of San Francisco
1390 Market Street, Suite 250
San Francisco, Ca 94102

I declare under penalty of perjury that this declaration is true and correct and was executed

August 18, 2008
at San Francisco, California.

_____