1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  MICHAEL J. LEON GUERRERO, State Bar #183818
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4285
6  Facsimile:    (415) 554-4248

7

   Attorneys for Defendant(s)
8  CITY AND COUNTY OF SAN FRANCISCO

9

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13  JESUS AGUIRRE,                          Case No. C08-2928 SBA

            Plaintiff,                      **NOTICE OF WITHDRAWAL OF
14                                          MOTION TO DISMISS BY
        vs.                                 DEFENDANT**
15                                          [Fed.R.Civ.P. §12(b)(6)]
    CITY & COUNTY OF SAN
16  FRANCISCO,                              Hearing Date: September 17, 2008
                                            Time:         10:00 a.m.
17          Defendant.                      Place:        Courtroom G, 15th Floor
                                                          United States District Court
18                                                        450 Golden Gate Ave.
                                                          San Francisco, CA 94102
19                                          Judge:        Hon. Bernard Zimmerman
                                            Trial Date:   Not Set
20

21

22

23

24

25

26

27

28

1  On August 8, 2008, Defendant City and County of San Francisco filed a Motion to Dismiss Plaintiff's Complaint, set for hearing on September 17, 2008. That motion was noticed for hearing before the Honorable Bernard Zimmerman. On August 12, 2008, this case was reassigned to the Honorable Saundra Brown Armstrong. Therefore, the City respectfully withdraws its Motion to Dismiss set for hearing on September 17, 2008 (Docket No. 12) and requests that the hearing date be vacated.

Dated: September 4, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MICHAEL J. LEON GUERRERO
Deputy City Attorneys


By: : s:/Michael J. Leon Guerrero
MICHAEL J. LEON GUERRERO
Attorneys for Defendant
City and County of San Francisco

**PROOF OF SERVICE**
*JESUS AGUIRRE v. CCSF*
**USDC Court No. C08-2928 SBA**

I, DEBRA GRIFFIN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On September 4, 2008, I served the following document(s):

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS BY DEFENDANT**

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the following persons at the locations specified:

| JESUS AGUIRRE<br>26 LESSING STREET<br>SAN FRANCISCO, CA 94112 | IN PRO PER |
|---|---|

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 4, 2008, at San Francisco, California.

/s/ Debra Griffin
DEBRA GRIFFIN