| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 3 | MICHAEL J. LEON GUERRERO, State Bar #183818 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:    (415) 554-4285 |
| 6 | Facsimile:     (415) 554-4248 |

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JESUS AGUIRRE, | Case No. C08-2928 SBA |
|---|---|
| Plaintiff, | ADR CERTIFICATION |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

1  Pursuant to Civ.L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he has read either the
2  handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the
3  specified portions of the ADR Unit's Internet site found at: www.adr.cand.uscourts.gov, and/or
4  discussed the available dispute resolution options provided by the court and private entities, and
5  considered whether this case might benefit from any of them.

6
7  Dated:  September 4, 2008                     DENNIS J. HERRERA
                                                 City Attorney
8                                                ELIZABETH S. SALVESON
                                                 Chief Labor Attorney
                                                 MICHAEL J. LEON GUERRERO
9                                                Deputy City Attorneys

10
                                                 By: : s:/Michael J. Leon Guerrero
11                                                  MICHAEL J. LEON GUERRERO
                                                    Attorneys for Defendant
12                                                  City and County of San Francisco

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADR CERTIFICATION                          1                           n:\labor\li2008\090095\00507090.doc
CASE NO.  C08-2928 SBA