| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | MICHAEL J. LEON GUERRERO, State Bar #183818<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-4285 |
| 6 | Facsimile:    (415) 554-4248 |
| 7 | |
| 8 | Attorneys for Defendant(s)<br>CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JESUS AGUIRRE, | Case No. C08-2928 SBA |
|---|---|
| Plaintiff, | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

NTC OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C08-2928 SBA

n:\labor\li2008\090095\00507144.doc

1 | Counsel report that they have met and conferred regarding ADR and that they:

2 | _XX____   have not yet reached an agreement to an ADR process

3 | _____   request an Early Settlement Conference with a Magistrate Judge

4 | Date of Case Management Conference: **October 8, 2008**

5 | The following counsel will participate in the ADR phone conference:

6 | **Name          Party Representing          Phone No.          E-Mail Address**

7 | **\*\* Defense Counsel has had difficulty reaching plaintiff, who is proceeding** *pro se*, **and has been**

8 | **unable to discuss ADR options with plaintiff.**

9 | Michael J. Leon Guerrero  Defendant CCSF  415 554-4285  michael.leon.guerrero@sfgov.org

10 | Jesus Aguirre  Plaintiff *Pro Se*  415 233-3019          none provided

11 | _____

12 | _____

13 | *Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a*

14 | *telephone conference with a member of the ADR Legal Staff before the Case Management*

15 | *Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your*

16 | *phone conference.*

17 | Dated:_____ _____

18 | Attorney for Plaintiff

19 | Dated: September 4, 2008

20 | Attorney for Defendant

21 | Dated: September 4, 2008          DENNIS J. HERRERA
                                        City Attorney
22 |                                    ELIZABETH S. SALVESON
                                        Chief Labor Attorney
23 |                                    MICHAEL J. LEON GUERRERO
                                        Deputy City Attorneys

24 |

25 |                          By: : s:/Michael J. Leon Guerrero
                                   MICHAEL J. LEON GUERRERO
26 |                                Attorneys for Defendant
                                    City and County of San Francisco

27 |

28 |